MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
335 W. Shaw Avenue, Suite A
Fresno, California 93704

Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**LOREN CHRISTOFFERSON**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>LOREN CHRISTOFFERSON,<br><br>　　　　　　Defendant. | Case No. 6:17-mj-00085-MJS<br><br>STIPULATION TO TAKE PLEA AND SENTENCE VIA VIDEO CONFERENCE ORDER THEREON<br><br>Date:　May 15, 2018<br>Time:　10:00 a.m. |

     IT IS HEREBY STIPULATED by and between Susan St. Vincent, Acting Legal Officer for the National Park Service, and, Defendant, LOREN CHRISTOFFERSON ("Mr. Christofferson") by and through his attorney of record, Michael Mitchell, that Mr. Christofferson may appear pursuant to F.R. Crim. P. 43(b)(2) through counsel and may appear via video conference for entry of his plea and sentencing for a charge of 36 CFR § 4.2, incorporating California Vehicle Code § 23103– operating a motor vehicle in a reckless manner and 36 CFR § 4.14(b) open container of alcoholic beverage in a vehicle.

DATED: April 20, 2018

　　　　　　　　　　　　　　/s/ Michael E. Mitchell_____
　　　　　　　　　　　　　　Michael E. Mitchell Attorney for Defendant
　　　　　　　　　　　　　　LOREN CHRISTOFFERSON

DATED: April 20, 2018

　　　　　　　　　　　　　　/s/ Susan St. Vincent_____
　　　　　　　　　　　　　　Susan St. Vincent, Acting Legal Officer
　　　　　　　　　　　　　　National Park Service

**ORDER**

The request to appear by video conference is hereby denied. Defendant to appear in person on May 15, 2018 at U.S. District Court in Yosemite.

IT IS SO ORDERED.

Dated:   May 2, 2018           /s/ *Jeremy D. Peterson*
                               UNITED STATES MAGISTRATE JUDGE