# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **6:17MJ00085-001** |
| **LOREN R. CHRISTOFFERSON** | Defendant's Attorney: Michael Mitchell, Retained |

**THE DEFENDANT:**

[✓] pleaded guilty to counts __One & Four__ of the Complaint.

[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.

[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 4.14(b) | Open container of alcoholic beverage in vehicle | 8/31/2017 | Four |
| 36 CFR § 4.2 & CVC 23103 | Operating a motor vehicle in a reckless manner | 8/31/2017 | One |

    The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .

[✓] Counts __Two, Three & Five__ are dismissed on the motion of the United States.

[ ] Indictment is to be dismissed by District Court on motion of the United States.

[ ] Appeal rights given.      [✓] Appeal rights waived.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

5/15/2018
Date of Imposition of Judgment


Signature of Judicial Officer
**Jeremy D. Peterson**, United States Magistrate Judge
Name & Title of Judicial Officer


Date

## PROBATION

The defendant is hereby sentenced to probation for a term of : 12 months .

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and the government officer within seven days of any change in defendant's address. If represented, the defendant shall provide such notice through counsel.
4. The defendant shall pay a fine of $680.00 and a special assessment of $20.00 for a total financial obligation of $700.00, which the defendant shall pay at the rate of $70.00 per month commencing on or before June 16, 2018. After the initial payment, the defendant shall make monthly payments on or before the sixteenth of the month each month until the defendant's obligation is paid in full. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

   Clerk, U.S.D.C.  
   2500 Tulare Street, Rm 1501  
   Fresno, CA 93721

5. The defendant shall personally appear for a Probation Review Hearing on April 16, 2019, at 10:00 a.m., before U.S. Magistrate Judge Peterson. Approximately one month prior to this date, the defendant may request that the Probation Review Hearing be vacated, provided that the defendant is in compliance with all conditions of his probation. If represented, the defendant shall make any such request through counsel. Defendant must appear personally unless the court vacates the hearing.
6. The defendant shall advise the court and the government officer through counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.
7. The defendant shall notify the court and the government officer within seven days of any change in defendant's economic circumstances that might prevent defendant from making all payments required in condition four above.