Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket Number:  6:17-MJ-0085-JDP |
| Plaintiff, | |
| | **MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |
| LOREN ROBERT CHRISTOFFERSON, | |
| Defendant. | |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for April 16, 2019.  To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on May 15, 2018.

.

Dated:  April 15, 2019  NATIONAL PARK SERVICE

　　　　　　　　　　　　　　　　　　　　 /S/ Susan St. Vincent_____
　　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　Legal Officer

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for April 16, 2019 in the above referenced matter, *United States v. Christofferson, 6:17-MJ-0085-JDP*, be vacated.

IT IS SO ORDERED.

Dated: April 15, 2019

_____
UNITED STATES MAGISTRATE JUDGE